IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CAMERON R. DOUGLAS,

     Petitioner,

v.                                              4:17cv421-WS/CAS

JULIE JONES,

     Respondent.
_____

ORDER OF DISMISSAL

     Before the court is the magistrate judge's report and recommendation (doc. 4) docketed January 23, 2018. The magistrate judge recommends that this case be dismissed without prejudice for petitioner's failure to prosecute and to comply with an order of the court. The petitioner has filed no objections to the report and recommendation.

     Upon review of the record, this court has determined that the recommendation should be adopted.

     Accordingly, it is ORDERED:

     1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The petitioner's petition for writ of habeas corpus is hereby DISMISSED without prejudice for failure to comply with an order of the court and to prosecute the case.

3. The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this ___21st___ day of ___February___, 2018.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE